# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>CONSTANTIN IRIMIA,<br>    aka "Josef Chalupsky,"<br><br>    Defendant. | Case No. 3:23-cr-01300-W<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING & EXCLUDING TIME** |

The Court has read and considered the parties' Joint Motion to Continue Motion Hearing/Trial Setting Date as to Defendant Constantin Irimia, filed by the government and defendant CONSTANTIN IRIMIA in this matter on August 22, 2023. The Court hereby finds that the joint motion, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the Motions Setting date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice are served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding

impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The Motions Setting as to defendant CONSTANTIN IRMIA is **CONTINUED** from August 28, 2023 at 9:00 a.m., in courtroom 3C, to **October 2, 2023, at 9:00 a.m. in courtroom 3C.**
2. The time period of August 28, 2023, to October 2, 2023, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(1)(G), (h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv).
3. The Court **ORDERS** defendant CONSTANTIN IRMIA to personally appear in courtroom 3C of the Federal Courthouse, 880 Front Street, San Diego, California on October 2, 2023 at 9:00 a.m., for the Motions Setting hearing.
4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

**IT IS SO ORDERED.**

Dated: August 23, 2023

Hon. Thomas J. Whelan
United States District Judge