UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CONSTANTIN IRIMIA,<br>    aka "Josef Chalupsky,"<br><br>    Defendant. | Case No. 3:23-cr-01300-W<br><br>**ORDER CONTINUING MOTION SETTING & EXCLUDING TIME** |

The Court has read and considered the parties' Joint Motion to Continue Motion Setting Date as to Defendant Constantin Irimia (the "Stipulation"), filed by the government and defendant CONSTANTIN IRIMIA in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the Motions Setting date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice are served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding

impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The Motion Setting as to defendant CONSTANTIN IRMIA is **CONTINUED** from October 02, 2023 at 9:00 a.m., in courtroom 3C, to **November 27, 2023, at 9:00 a.m. in courtroom 3C.**

2. The time period of October 02, 2023 to November 27, 2023, inclusive is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(1)(G), (h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv).

3. The Court **ORDERS** defendant CONSTANTIN IRIMIA to personally appear in courtroom 3C of the Federal Courthouse, 880 Front Street, San Diego, California on November 27, 2023 at 9:00 a.m., for the Motion Setting hearing.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

9/25/23
Date

HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE